**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

Civil Action
Docket No.:

FARM CREDIT EAST, ACA,

Plaintiff

v.

*F/V LISA LEE* (O.N. 595139),
*her engines,*
*boilers, tackle,*
*fishing equipment,*
*appurtenances,*
*electronics, fishing permits, and her*
*other equipment, etc.,*

*in rem*,

Defendant.

**VERIFIED COMPLAINT**

NOW COMES Plaintiff Farm Credit East, ACA, as Successor by Merger to Farm Credit of Maine, ACA, by and through its counsel, Archipelago Law, LLP, and as and for its Verified Complaint *in rem* against the *F/V LISA LEE* (O.N. 595139), her engines, boilers, tackle, appurtenances, electronics, fishing permit (No. 9506356), and her other operating equipment, *etc*. (the "Vessel"), to foreclose and enforce a maritime lien, states as follows:

**JURISDICTION AND PARTIES**

1. This is a matter within the admiralty and maritime jurisdiction of this Court within the meaning of 28 U.S.C. § 1333, F.R.Civ.P. 9(h), and Rules C and E of the Supplemental Rules for Certain Admiralty and Maritime Claims.

2. Plaintiff Farm Credit East, ACA, as Successor by Merger to Farm Credit of Maine, ACA ("Farm Credit"), is a corporation duly organized and existing pursuant to the laws of the State of Maine, with a place of business at 615 Minot Ave., Auburn, Maine 04210-4052.

3. Plaintiff Farm Credit provides mortgages and security agreements to vessels and maritime businesses, including the subject vessel, *F/V LISA LEE*, and her fishing permit (No. 9506356) and all appurtenances contributing to her mission as a fishing vessel, upon which Farm Credit holds a First Preferred Ship's Mortgage. See **Exhibit A**, attached hereto.

4. The Defendant *In Rem*, *F/V LISA LEE* (O.N. 595139), is a 28.2' 11' (Length) fiberglass-hulled fishing vessel constructed by JC Boats in Maine, in 1978 ("Vessel"), currently flagged in the United States with a home port of Portland, Maine.

5. The Defendant Vessel is currently out of the water at Maine Yacht Center, 100 Kensington St., Portland, Maine, which is within the District of Maine.

6. Upon information and belief, at all times relevant to this matter, the Vessel and all her appurtenances thereto, is owned and operated by Eliot Erickson, who, upon information and belief, is an individual and resident of the State of Maine with an address of 21 East Main Street, Yarmouth, ME 04096, and / or Crushing It, LLC, which, upon information and belief, is organized and existing pursuant to the laws of the State of Maine with an address of 21 East Main Street, Yarmouth, ME 04096 (hereinafter collectively "Vessel Owners").

7. This Court has jurisdiction and venue over the Vessel in that she is, and will be throughout the course of these proceedings, within Cumberland County, State of Maine and this District.

## FACTS:

8. Vessel Owners have owned the whole of the Vessel and operated the Vessel in the coastal waters of New England on pleasure and fishing trips since at least March 27, 2023, when the attached mortgage was executed. See **Exhibit A**.

9. Vessel Owners applied for and received a loan for funding the purchase and/or refurbishment of the Vessel from Plaintiff Farm Credit by duly executing an application and loan agreement on March 10, 2023, payable to Plaintiff Farm Credit in the original principal amount of $40,000.00, representing Loan # 7507674 (hereinafter "the $40,000 Note") (subject to a Security Agreement) (attached hereto as **Exhibit "B"**).

10. Plaintiff Farm Credit filed its security agreements with the Secretary of State Corporations Division of the State of Maine (attached hereto as **Exhibit "C"**).

11. The Vessel and Permit are secured by and payable pursuant to the various loan documents described herein, held by Plaintiff Farm Credit.

12. Vessel Owners have defaulted on the $40,000 Note.

13. By reason of Vessel Owners' default, Plaintiff Farm Credit has elected to exercise its option under the original $40,000 Note to accelerate and declare the entire indebtedness secured by the Mortgage immediately due and payable in full.

14. The principal amount due under the $40,000 Note as of September 17, 2026, is $34,408.31. See Trial Balance, attached hereto as **Exhibit "D"**.

15. Interest will continue to accrue on the balance of the Note at a per diem rate of $8.94, and is also subject to continuing fees and costs of collection pursuant to the terms of the Note.

16. Plaintiff Farm Credit has repeatedly sent Vessel Owners notices of default and amounts due under the Note and requested that it / they make payments pursuant to the terms of the Note.

17. A First Preferred Ship's Mortgage constitutes a maritime lien against a vessel, *in rem*, pursuant to the Commercial Instruments and Maritime Lien Act, 46 U.S.C. §§ 31301, 31322, and 31325, *et seq*. See also Schoenbaum, Thomas J., *Admiralty and Maritime Law* (Sixth Ed.), § 7-5, p. 438 - 439.

18. For the reasons set forth above, the Vessel is liable, *in rem*, to Plaintiff Farm Credit for its unsatisfied maritime lien in an amount in excess of $34,408.31, plus interest, penalties and other charges and costs, costs of collection, and continuing costs *in custodia legis*.

WHEREFORE, Plaintiff Farm Credit East, ACA, respectfully requests that this Court:

A. Issue process of maritime arrest against the Defendant *F/V LISA LEE* (O.N. 595139), and all her engines, boilers, tackle, fishing equipment, fishing permit No. 9506356, appurtenances, and electronics, etc., pursuant to Rules C and E of the Supplemental Rules for Certain Admiralty and Maritime Claims.

B. Enter Judgment herein against the Vessel and in favor of Plaintiff Farm Credit East ACA in the amount no less than $34,408.31, plus interest, penalties and other charges and costs, costs of collection, and costs *in custodia legis*.

D. Condemn and sell all property attached and/or arrested pursuant to the process prayed for herein at an interlocutory sale to satisfy the debt of the *F/V LISA LEE* (O.N. 595139) and any judgment of this Court; and

E. Grant such other and further relief in Farm Credit East ACA's favor as the Court deems just and proper.

DATED at Portland, Maine, this 28th day of September, 2026.

*/s/ Twain Braden*
Twain Braden, Esq.

ARCHIPELAGO LAW, LLP
1 Dana St., 4th Floor
Portland, ME 04102
(207) 558-0102
tbraden@archipelagona.com

**VERIFICATION**

I, Shannon K. Webber, being duly sworn in my capacity as Vice President of Farm Credit East, ACA, do hereby depose and say:

I am Vice President of Farm Credit East, ACA. I have read the foregoing Complaint and know the contents thereof, and the same is true based on my personal knowledge, except where stated on information and belief, in which case I believe it to be true.

FARM CREDIT EAST, ACA

By: */s/ Shannon K. Webber*
Shannon K. Webber, Vice President
(duly authorized)

STATE OF MAINE
ANDROSCOGGIN, ss. September 28, 2026

Personally appeared before me the above-named Shannon K. Webber, known to me to be the person who signed the foregoing verification and who, having been duly sworn by me in her capacity as Vice President of Farm Credit East, ACA, and stated that she has read the contents of the foregoing verification and the Complaint, and that the same is true, except where stated on information and belief, in which case she believes it to be true.

Before me,

*/s/ Wendy M. Roberts*
Notary Public

Wendy M. Roberts
Typed or Printed name

My Commission Expires On: April 11, 2031